## MOTION DOCKET

**99–1269.   Spoerndle v. Nationwide Mut. Ins. Co.**

Summit App. No. 19289. On review of order certifying a conflict. The court determines that a conflict exists; *sua sponte,* cause consolidated with 99–1426, *Spoerndle v. Nationwide Mut. Ins. Co.,* Summit App. No. 19289; causes held for the decision in 99–342, 99–348 and 99–618, *Holcomb v. State Farm Ins. Cos.,* Franklin App. No. 98AP–353; and briefing schedule stayed.

LUNDBERG STRATTON, J., dissents.

**99–1544.   State v. Cejas.**

Huron App. No. H–92–032. On motion for leave to file delayed appeal. Motion denied.

**99–1564.   In re Estate of Fouras.**

Licking App. No. 99CA55. On motion for stay of court of appeals' proceedings. Motion denied.

MOYER, C.J., and PFEIFER, J., dissent.

**99–1768.   State v. Weaver.**

Delaware App. No. 99CAA05030. On motion for leave to file delayed appeal. Motion granted.

COOK, J., dissents.

**99–1775.   State v. Vargo.**

Lorain App. No. 99CA007413. On motion for stay of court of appeals' judgment. Motion denied.

**99–1777.   Varian v. Levy.**

Stark App. No. 1998CA00278. On motion for stay of court of appeals' judgment. Motion denied.

MOYER, C.J., dissents.

**99–1815.   Gladieux v. Ohio State Med. Bd.**

Franklin App. No. 98AP–1296. On motion for stay of court of appeals' judgment. Motion denied.

F.E. SWEENEY and PFEIFER, JJ., dissent.

COOK, J., dissents and would grant the motion with the same conditions imposed by the court of common pleas.

## DISCRETIONARY APPEALS ALLOWED

**99–1333.   State v. Dixon.**

Lucas App. No. L–97–1318. Discretionary appeal allowed; *sua sponte,* cause held for the decision in 98–1779, *State v. Conyers,* Lucas App. No. L–97–1327, and 98–1929, *State v. Schultz,* Hamilton App. No. C–970954; briefing schedule stayed.

**99–1337.   Galmish v. Cicchini.**

Stark App. Nos. 97CA00326 and 97CA00403.

COOK and LUNDBERG STRATTON, JJ., dissent.

**99–1385.   State ex rel. Wallace v. State Med. Bd. of Ohio.**

Hamilton App. No. C–980557.

F.E. SWEENEY and PFEIFER, JJ., dissent.